1  Elaine E. Pascua, WSBA No. 34946
   LAW OFFICE OF WILLIAM J. O'BRIEN
2  800 Fifth Avenue, Suite 3810
   Seattle, WA 98104
3  Email: Elaine.edralin.pascua@zurichna.com
   Ph: 206-515-4800
4

5

6

7

8

9

10             UNITED STATES DISTRICT COURT
11          FOR THE WESTERN DISTRICT OF WASHINGTON
                          AT TACOMA
12

13  JONNATHAN MARTINEZ ORNELAS,

14                    Plaintiff,            NO. 3:12−cv−05588−RJB

15       v.                                 **ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND TO AMEND CASE SCHEDULING ORDER**

16  PROMENS hf and PROMENS USA, INC.,

17                    Defendants.

18

19       THIS MATTER having come before the Court on the Stipulated Motion to

20  Continue the Trial Date from June 24, 2013 to August 19, 2013 or August 26, 2013, and

21  to Amend the Case Scheduling Order, and the Court, having reviewed the Motion,

22  inclusive of the Memorandum in Support and the Declaration of Elaine Pascua, it is

23  hereby,

24

25

ORDER GRANTING STIPULATED MOTION TO                LAW OFFICE OF WILLIAM J. O'BRIEN
CONTINUE TRIAL DATE AND TO AMEND CASE                 800 Fifth Avenue, Suite 3810
SCHEDULING ORDER - 1                                      Seattle, WA  98104
                                                Telephone  (206) 515-4800/Fax  (206) 515-4848

1     ORDERED AND DECREED that the Stipulated Motion is GRANTED.  The trial
2 date of June 24, 2013 is STRICKEN.  The new trial date is August 19, 2013.   It is further
3 ORDERED that an Amended Case Schedule will be issued.
4
5     DATED this 21st day of February 2013.
6
7 *[signature: Robert J. Bryan]*
8 ROBERT J. BRYAN
  United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND TO AMEND CASE SCHEDULING ORDER - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
800 Fifth Avenue, Suite 3810
Seattle, WA  98104
Telephone  (206) 515-4800/Fax  (206) 515-4848