Elaine E. Pascua, WSBA No. 34946
LAW OFFICE OF WILLIAM J. O'BRIEN
800 Fifth Avenue, Suite 3810
Seattle, WA 98104
Email: Elaine.edralin.pascua@zurichna.com
Ph: 206-515-4800

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JONNATHAN MARTINEZ ORNELAS,<br><br>           Plaintiff,<br><br>    v.<br><br>PROMENS hf and PROMENS USA, INC.,<br><br>           Defendants. | NO. 3:12−cv−05588−RJB<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND TO AMEND CASE SCHEDULING ORDER** |

THIS MATTER having come before the Court on the Stipulated Motion to Continue the Trial Date from June 24, 2013 to August 19, 2013 or August 26, 2013, and to Amend the Case Scheduling Order, and the Court, having reviewed the Motion, inclusive of the Memorandum in Support and the Declaration of Elaine Pascua, it is hereby,

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND TO AMEND CASE SCHEDULING ORDER - 1

LAW OFFICE OF WILLIAM J. O'BRIEN
800 Fifth Avenue, Suite 3810
Seattle, WA 98104
Telephone (206) 515-4800/Fax (206) 515-4848

1  ORDERED AND DECREED that the Stipulated Motion is GRANTED.  The trial
2  date of June 24, 2013 is STRICKEN.  The new trial date is August 19, 2013.   It is further
3  ORDERED that an Amended Case Schedule will be issued.
4
5  DATED this 21st day of February 2013.
6
7  _____
8  ROBERT J. BRYAN
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND TO AMEND CASE SCHEDULING ORDER - 2

LAW OFFICE OF WILLIAM J. O'BRIEN
800 Fifth Avenue, Suite 3810
Seattle, WA  98104
Telephone  (206) 515-4800/Fax  (206) 515-4848